United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F. G. CROSTHWAITE and RUSSELL E. BURNS, in their respective capacities as Trustees, of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, PENSIONED OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICE, APPRENTICE, AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND, and HEAVY AND HIGHWAY COMMITTEE, GREG TRENTO, as Trustee, of the OPERATING ENGINEERS' VACATION AND HOLIDAY PAY PLAN, and OPERATING ENGINEERS LOCAL 3, <br><br> Plaintiffs, <br><br> v. <br><br> LYLE HARRIS LAWLER, individually and d/b/a LYLE H. LAWLER GENERAL ENGINEERING aka KELLY LYLE H. LAWLER GENERAL ENGINEERING aka LYLE H. LAWLER GENERAL ENGINEERING INC., a suspended California corporation, <br><br> Defendants. _____/ | No. C 10-05927 WHA <br><br><br><br><br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court **GRANTS** a continuance of the case management conference to **MAY 5, 2011, AT 2:00 P.M.** following hearing on plaintiff's motion for entry of default.

**IT IS SO ORDERED.**

Dated: April 7, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE